IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARIA CAZORLA, MAGNOLIA PEREZ-
HERNANDEZ, HIDALIA DOMINGO-
MALDONADO, ALMA ROXANA
ROBLERO-AGUILAR, IVONE CASTILLO-
LOPEZ, and MARDOQUEO LOPEZ-LOPEZ, PLAINTIFFS

VS. Civ. Action No. 3:10-cv-135-DPJ-FKB

KOCH FOODS OF MISSISSIPPI, LLC and
JESSIE ICKOM, DEFENDANTS

## ORDER TO STAY PROCEEDINGS

On this day, the Court considered the parties' Joint Motion to Stay Proceedings in the above-styled action (docket # 16). After due consideration, the Court **GRANTS** said motion.

It is **HEREBY ORDERED** that for good and sufficient cause shown:

a) All proceedings and deadlines in this case are stayed for 60 days from the date this Order is entered;

b) At the end of the 60-day period the parties shall provide a joint report to the court concerning the status of the EEOC investigation and submit a proposed agreed order establishing due dates for the answers of the Defendants to the amended complaint or request such other orders regarding further proceedings as the parties deem appropriate.

SIGNED on this _5th_ day of August, 2010, Jackson, Mississippi.

_/s/ F. Keith Ball_____
UNITED STATES MAGISTRATE JUDGE