**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| **MARIA CAZORLA; MAGNOLIA PEREZ-HERNANDEZ; HIDALIA DOMINGO-MALDONADO; ALMA ROXANA ROBLERO-AGUILAR; IVONE CASTILLO-LOPEZ; and MARDOQUEO LOPEZ-LOPEZ** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 3:10-CV-135 DPJ-FKB** |
| **KOCH FOODS OF MISSISSIPPI, LLC and JESSIE ICKOM** | **DEFENDANTS** |

**NOTICE OF ENDORSEMENT**

Pursuant to the ECF Administrative Procedures, I hereby certify that I endorse the inclusion of my signature on the following document which was filed electronically on December 2, 2010 (Document # 23):

**JOINT MOTION TO STAY DEADLINES FOR NINETY DAYS.**

THIS, the 2nd day of December, 2010.

    Respectfully submitted,

    KOCH FOODS OF MISSISSIPPI, LLC

    By its Attorneys,

    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC

    /s/ Scott W. Pedigo
    SCOTT W. PEDIGO

JM SWP 947863 v1
2016061-000059 12/02/2010

Scott W. Pedigo  (MBN 10735)
Jennifer G. Hall  (MBN 100809)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Meadowbrook Office Park (39211)
4268 I-55 North
Post Office Box 14167
Jackson, Mississippi  39236-4167
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Endorsement with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Douglas L. Stevick – PHV        dstevick@trla.org
>Spring A. Miller – PHV          smiller@trla.org
>Stacie L. Jonas – PHV           sjonas@trla.org
>Southern Migrant Legal Services
>311 Plus Park Boulevard, Suite 135
>Nashville, Tennessee 37217
>
>Robert B. McDuff, Esq.          RBM@mcdufflaw.com
>767 North Congress Street
>Jackson, Mississippi 39202

THIS, the 2nd day of December, 2010.

>/s/ Scott W. Pedigo
>SCOTT W. PEDIGO