IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARIA CAZORLA,  MAGNOLIA PEREZ-
HERNANDEZ, HIDALIA DOMINGO-
MALDONADO, ALMA ROXANA
ROBLERO-AGUILAR, IVONE CASTILLO-
LOPEZ, and MARDOQUEO LOPEZ-LOPEZ,                                         PLAINTIFFS

VS.                                                                    Civ. Action No. 3:10-cv-135-DPJ-FKB

KOCH FOODS OF MISSISSIPPI, LLC and
JESSIE ICKOM,                                                                                           DEFENDANTS

## ORDER TO STAY DEADLINES

On this day, the Court considered the parties' Joint Motion to Stay Deadlines in the above-styled action.  After due consideration, the Court **GRANTS** said motion.

It is **HEREBY ORDERED** that for good and sufficient cause shown:

a)  Subject to the exception noted in paragraph b, all deadlines in this case are stayed for a period of 90 days;
b)  Plaintiffs may seek leave to file a second amended complaint during the pendency of this stay, Defendants may respond to that motion, and Plaintiffs may file their second amended complaint if such leave is granted; and
c)  At the end of the stay the parties shall provide a joint report to the court concerning the status of the EEOC conciliation process and submit a proposed agreed order establishing due dates for the answers of the Defendants to the amended complaint, or the second amended complaint if leave is granted to file it, or request such other orders regarding further proceedings as the parties deem appropriate.

SIGNED on this 13th  day of December, 2010.

/s/ F. Keith Ball
_____
United States Magistrate Judge