# UNITED STATES DISTRICT COURT
## for the

Maria Cazorla, et al.

*Plaintiff*

v.                                      Civil Action No. 3:10-cv-135-DPJ-FKB

Koch Foods of Mississippi LLC and Jessie Ickom

*Defendant*

## SUMMONS IN A CIVIL ACTION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR 2 2 2011
J. T. NOBLIN, CLERK
BY_____DEPUTY

To: *(Defendant's name and address)*  Jessie Ickom
317 Hwy 80
Lake MS 39092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Spring A. Miller
Southern Migrant Legal Services
311 Plus Park Blvd., Ste. 135
Nashville Tn 37217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    J. T. NOBLIN

Date: APR 2 2 2011

*Signature of Clerk or Deputy Clerk*