IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| MARIA CAZORLA, MAGNOLIA PEREZ-HERNANDEZ, IDALIA DOMINGO-MALDONADO, ALMA ROXANA ROBLERO-AGUILAR, IVONE CASTILLO-LOPEZ, MARDOQUEO LOPEZ-LOPEZ, JOSE LUIS CORDERO-TOLEDO, JOSE DOLORES RIVERA-ARANDA, and ERWIN CASTILLO-LOPEZ | PLAINTIFFS |
| VS. | Civ. Action No. 3:10-cv-135-DPJ-FKB |
| KOCH FOODS OF MISSISSIPPI, LLC and JESSIE ICKOM, | DEFENDANTS |

**MOTION FOR DOUGLAS L. STEVICK TO WITHDRAW AS ATTORNEY**

Pursuant to Local Rule 83.1(b)(3), the undersigned attorney, Douglas L. Stevick, respectfully requests that he be permitted to withdraw as one of the attorneys of record for Plaintiffs Maria Cazorla, Magnolia Perez-Hernandez, Idalia Domingo-Maldonado, Alma Roxana Roblero-Aguilar, Ivone Castillo-Lopez, Mardoqueo Lopez-Lopez, Jose Luis Cordero-Toledo, and Jose Dolores Rivera-Aranda in this lawsuit. Mr. Stevick is leaving Texas RioGrande Legal Aid to accept a position at Legal Aid of NorthWest Texas. These Plaintiffs would remain represented in this action by Southern Migrant Legal Services, through its staff attorneys Spring Miller and Stacie Jonas, and by Robert McDuff of the Law Office of Robert McDuff.

A proposed order will be sent via email to the presiding judge and counsel of record for the parties.

Respectfully submitted,

**/s/ Douglas L. Stevick**
Douglas L. Stevick

        Tenn. Bar. No. 021711
*Admitted Pro Hac Vice*
dstevick@trla.org
Spring Miller
Tenn. Bar No. 026485
*Admitted Pro Hac Vice*
smiller@trla.org
Stacie Jonas
Tenn. Bar No. 027334
*Admitted Pro Hac Vice*
sjonas@trla.org
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Telephone: (615) 750-1200
Facsimile: (615) 366-3349

COUNSEL FOR PLAINTIFFS MARIA CAZORLA, MAGNOLIA PEREZ-HERNANDEZ, HIDALIA DOMINGO-MALDONADO, ALMA ROXANA ROBLERO-AGUILAR, IVONE CASTILLO-LOPEZ, MARDOQUEO LOPEZ-LOPEZ, JOSE LUIS CORDERO-TOLEDO, and JOSE DOLORES RIVERA-ARANDA


**/s/ Robert McDuff**
Robert McDuff
Mississippi Bar No. 2532
Law Office of Robert McDuff
767 N. Congress St.
Jackson, MS  39202
Telephone: (601) 969-0802
Facsimile: (601) 969-0804
rbm@mcdufflaw.com

COUNSEL FOR ALL PLAINTIFFS


### Certificate of Service

    I hereby certify that on this the 26th day of May, 2011, I electronically filed this document through the Court's ECF system, which will send notice to the attorneys of record for Defendant Koch Foods.

  I also hereby certify that I served notice on all my clients using the ECF system, which sent notice of such filing to Spring Miller, Stacie Jonas, and Robert McDuff, who remain attorneys of record for these Plaintiffs.

  This motion and the accompanying proposed order will be served on Defendant Jessie Ickom, who has not entered an appearance in this case, in accordance with the Federal Rules of Civil Procedure.

           **/s/ Douglas L. Stevick**
           Douglas L. Stevick