IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARIA CAZORLA, MAGNOLIA PEREZ-
HERNANDEZ, IDALIA DOMINGO-
MALDONADO, ALMA ROXANA
ROBLERO-AGUILAR, IVONE CASTILLO-
LOPEZ, MARDOQUEO LOPEZ-LOPEZ,
JOSE LUIS CORDERO-TOLEDO, JOSE
DOLORES RIVERA-ARANDA, and
ERWIN CASTILLO-LOPEZ,                                                        PLAINTIFFS

VS.                                                            Civ. Action No. 3:10-cv-135-DPJ-FKB

KOCH FOODS OF MISSISSIPPI, LLC and
JESSIE ICKOM,                                                                DEFENDANTS

## ORDER

The Court hereby GRANTS the Motion for Douglas L. Stevick to Withdraw as Attorney of Record for Plaintiffs Maria Cazorla, Magnolia Perez-Hernandez, Idalia Domingo-Maldonado, Alma Roxana Roblero-Aguilar, Ivone Castillo-Lopez, Mardoqueo Lopez-Lopez, Jose Luis Cordero-Toledo, and Jose Dolores Rivera-Aranda.

IT IS SO ORDERED, this the 31st day of May, 2011.

/s/ F. Keith Ball
U.S. Magistrate Judge