EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>RECEIVED 01283<br>and EEOC |
|---|---|---|

State or local Agency, if any

EEOC/JAO    APR 0 2 2009

| Name (Indicate Mr., Ms., Mrs.) | Date of Birth |
|---|---|
| Mr. Erwin Veany Castillo | REDACTED |

| Street Address | City, State and ZIP Code |
|---|---|
| REDACTED | Mississippi 39117 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| Koch Foods of Mississippi, LLC | | |

| Street Address | City, State and ZIP Code |
|---|---|
| Hwy 80 Morton, MS 39117 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below)  ☐ CONTINUING ACTION

DATE(S) DISCRIMINATION TOOK PLACE
Earliest           Latest

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by my employer on April 18, 2006 to work in the de-boning area.

In October of 2006, I requested from my supervisor, Jesse Ickom, that I be allowed to transfer from the packaging area, where I was paid by the hour, to the production area of de-boning, where I would be paid by production because I knew I could make a lot more money. Jesse Ickom told me that the only way I could get the transfer would be to pay $300 to him. I paid him the money.

After I paid Jesse that money, he started charging me money to go to the bathroom ($5), to go to the doctor ($20 or $30), or other things. I told him that I was going to report him to the office for charging me the money and Jesse began to hit me and physically abuse me.

Jesse continued to hit me and charge me money until he left Koch Foods. Jesse did not treat white, American, or female employees in this manner. I have suffered discriminatory treatment as a result of my race, Hispanic, national origin, Guatemalan, and in retaliation for protesting my discriminatory treatment.

My rights have been violated. I have only now become aware that I had any rights or that I could bring a Charge of Discrimination. I am bringing this charge immediately upon discovering that I had the right to do so. Please incorporate all attachments as part of my charge.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

03-27-09    Erwin Castillo
Date    Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT 2

Translator: